# IN THE UNITED STATES DISTRICT COURT
## FOR THE MiDDLE DISTRICT OF TENNESSEE,
### NASHVILLE DIVISION

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## UNDER TITLE 42 U.S.C., SECTION 1983

CHRISTOPHER SHANE WHITED ,　]
Name:　]
Prison Number: 209189 　]
　]
　　　　　　　　　　　　 , 　]
Name:　]
Prison Number: _____ 　]
　]
　　　　　　　　　　　　 , 　]
Name:　]
Prison Number: _____ 　]
　]
Plaintiff(s)　]　　Civil Action No.: _____
(List the Names of all plaintiffs Filing　]
  this Lawsuit; do not use "ET AL")　]　　(To be assigned by the Clerk's Office.)
　]　　(Do not write in this blank space)
vs.　]
　]
GOVERNOR BILL HASLAM ,　]
　]
TBi DiRECTOR DAViD RAUSH ,　]
　]
　　　　　　　　　　　　 , 　]
Defendant(s)　]
(List the names of all defendants against　]
  whom you are filing this lawsuit; do not　]
  use "ET AL")　]
　]

**If you need more space to list other plaintiffs and/or defendants, so indicate
and attach a separate of paper.**

# I.     PREVIOUS LAWSUITS:

A.     Have you or any of the other plaintiffs listed above filed any other lawsuits in a United States District Court (Tennessee) and/or in any other state or federal court?

(Yes)          No

B.     If your answer YES to Question A, list the following information:

(If you have filed more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline as below).

1.     Parties to previous lawsuit:

Plaintiffs:

CHRISTOPHER SHANE WHITED

_____

_____

_____

_____

_____

_____

_____

_____

Defendants:

SHERIFF OF WILLIAMSON COUNTY

EVIE BRIT

(INSTITUTION LOST MY LEGAL WORK)

_____

_____

_____

_____

Page of   2

_____
_____
_____

2.    In what court did you file the previous lawsuit?.

MIDDLE DISTRICT @ NASHVILLE

_____
_____
_____
_____

( If Federal Court, name the district; if State Court, name the county)

3.    Case Number of previous lawsuit:

UNKNOWN

4.    Name of Judge to whom case was assigned:

TRAUGER

5.    When did you file the previous lawsuit?

2013 or 2014

(Indicate year if you don't know the exact month or day)

6.    What was the disposition or result of the previous lawsuit (For example, was it dismissed, appealed, or is it still pending?)

Dismissed

7.    When was the previous lawsuit decided by the Court?  (Indicate the year if you do know exact month or day)

2014

8.    Did the previous lawsuit involve the same facts or circumstances that you are alleging in the lawsuit you are now submitting?

Yes       (No)

## II.    PLACE OF CURRENT CONFINEMENT OF PLAINTIFFS):

A.    Name of prison or jail, in which you are currently incarcerated:

TCIX
1499 RW Moore Mem. Hwy
Only, TN. 37140

B.    Are the facts of your lawsuit related to your confinement in your present prison or jail?

(Yes)        No

C.    If your answer is No to question B, list the name and address of the jail or prison to which the facts of your lawsuit relate:

D.    Do the facts of your lawsuit relate to your confinement in a Tennessee State prison?

(Yes)        No

E.    If your answer YES to Question D, did you present these facts to the prison authorities through the state prison grievance procedure?

Yes        (No)

F.    If you answered YES to Question E.

1.    What steps did you take?

2.    What was the result?

G.    If you answered NO to Question E, Explain why not:

It's a NON-GRIEVABLE MATTER As IT Is A RESULT
OF A PAST CONVICTION

## III.   PARTIES TO THIS LAWSUIT:

1.   Name of First Plaintiff:

CHRISTOPHER SHANE WHITED

Prison ID Number of first Plaintiff:

209189

Address of First Plaintiff:

TCIX
1499 RW MOORE MEM. HWY
ONLY, TN.
                37140

(Include name of institution and mailing address)

2.   Name of Second Plaintiff:


Prison ID Number of second Plaintiff:


Address of second Plaintiff:




(Include name of institution and mailing address)

3.   Name of Third Plaintiff:


Prison ID Number of third Plaintiff:

Page of   6

**(Include name of institution and mailing address)**

Name of _____ Plaintiff:

_____

Prison ID Number of _____ Plaintiff:

_____

Address of _____ Plaintiff:

_____

_____

_____

_____

_____

**(Include name of institution and mailing address)**

**For each defendant, check whether you are naming the defendant in his or her individual and/or official capacity.**

1.  Name of First Defendant:

    GOVERNOR BILL HASLAM _____

    Place of Employment of First Defendant:

    GOVERNOR OF TENNESSEE _____

    STATE CAPITOL 1ST FLOOR _____

    NASHVILLE, TENN. _____

    _____ 37243-0001 _____

    Address of First Defendant:

    SAME AS ABOVE _____

    _____

    _____

    _____

    _____

    Named in official capacity:        (Yes)        No

    Named in individual Capacity:     (Yes)        No

2.  Name of Second Defendant:

Place of Employment of Second Defendant:

TENNESSE BEAREAU OF INVESTIGATION

901 RS GASS BLVD

NASHVILLE, TENN.

37216 - 2639

Address of Second Defendant:

SAME AS ABOVE

Named in official capacity:          (Yes)          No

Named in individual Capacity:        (Yes)          No

3.     Name of Third Defendant:

Place of Employment of Third Defendant:

Address of Third Defendant:

## IV.    STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 81/2 in. x 11 1/2 in. paper. Write on one side only and leave a 1 in. margin on all four sides.

On 8-24-1992 I entered into a plea agreement with the Circuit court of Williamson County at Franklin TENN. for one count of Rape to serve 8 years @ 30% within the Tenn. Dept. of Correction with no registration as a sex offender as there was no sex offender registry at this time. Upon expiring my sentence on 11-14-98 I was told that I was required to register as a Violent sex offender for the rest of my life. On 6-24-2002 I entered into a Plea Agreement with the Circuit Court of Williamson County Tennessee at Franklin for Two Counts of Statutory Rape and one count of Sexual Exploitation of a minor to all run concurrent with one another for a 2 year sentence @ 30% within T.D.O.C. no sex offender registry was ordered or agreed to within my Negotiated Plea Agreement. I would NOT have entered into these plea agreements if it was Known that I have/had to register for the rest of my life. or at all.

My Victim for the 2002 convictions was Nicole Lynn Giacometti; who was 16 years old at the time of offense in 2001. Since then the Victim and I have married on 6-11-2003 at Whiteville Correctional Facility and have 4 minor children together. We are still together at present.

On 10-5-2010 I was arrested by the Hickman County Sheriffs Department for Violation of Sex Offender Registry/monitoring Act; Violation of Sex Offender Registry/Residence Restrictions and was arrested also on 11-24-2010 by Hickman County. Sheriffs Office for Violation of Sex Offender Registry/Residence Restrictions. I was given 2 years on each Count to be ran consecutive to each other at 30% for a total of 6 years @ 30% within TDOC. I was not guilty of any of these trumped up arrests for violating the registry, but with the threat of 18 years @ 60% by a county that is Known to fabricate arrest evidence I felt it was in my best interest to plea bargain. I was only required to serve 90 days per violation.

On 4-11-2011 I was arrested by the Williamson County Sheriffs Dept. for Violation of Sex Offender Registry/Monitoring Act and was given 4 years @ 45% in TDOC. BY Tennessee State Law I was only required to serve was 90 days for "EACH" violation but I was given a total of 16 years as all of THE violations were ran consecutive. I was sent to TDOC on (cont.)

5

4-22-2014 and was released on parole on 3-18-2017, but my bond had been revoked on 1-27-2012 by Williamson County for a failure to appear. While on parole I was arrested by Hickman County Tenn. for Violation of Sex Offender Registry/monitoring act X's 2 due to an E-mail and a FaceBook that was allegedly unreported. The FaceBook was reported to Hickman County Sheriffs Dept. in 2010 & also 2011, while the E-mail was reported to the Parole office in Memphis in February 2017, these arrests were on 4-7-17. On 4-27-17 my parole was revoked due to these arrests and I was sent back to TDOC. The two violations were finally adjudicated in the Hickman County Circuit Court @ Centerville and I was given (2) two 11/29's concurrent to one another for Attempt to violate Sex Offender registry, misdemeanor charges. When I met the parole board I was put off for an 18 month revocation for a new arrest. Once again Hickman County trumped up an arrest despite their knowledge of my reporting the FaceBook and E-mail, due to my history with the county as I am from that area and the officers harbor old grudges as well as a descrimitation against all sex offenders. To Note, prior to the arrests in 2010, the same officers

A CONTINUED

entered my home without knocking, as well as without a warrant demanding to know "Where the sex offender was", due to the fact that some friends were over and the officers rode by and seen their kids playing in the yard (I was not on Parole or supervision of any kind as I had expired that sentence in 2010). Later that month the same officers came to my house claiming that they had received a tip that I had ~~duties~~ called some under-aged girl. I was being questioned on the porch and the officers asked for permission to search my home and when I told them no I was handcuffed and the officers opened both doors and entered my home without permission or warrant, I was arrested for violation of sex offender due to the fact that my friends two children were there, as well as my god daughter and another friends 2 children were there as well, the officers stated that I was "Maintaining residence with a Juvenile". I was given a pre-trial diversion and the charges were later dismissed. Please note, that is the fourth or fifth time that the courts of Hickman County allowed me to enter into a plea agreement to a sentence that they knew was illegal, this shows their pattern for the letter of the law.

B, CONTINUED

My placement on the sex offender registry is a violation of my constitutional rights as the Supreme Court has found that retroactive placement is unconstitutional as well as it renders my Plea Agreement(s) with the State as Unwillingly, Unknowingly, and Involuntary as I would NOT have pled out if I knew I would have to register quarterly for the rest of my life as a violent sex offender. As well, as of my plea agreements of 2008, Statutory Rape was not required to register unless ordered by a Judge but due to a law from 2006 I was now required to register that as well. I have written the TBI a number of times over the years requesting removal from the registry but have never received a response.

The Tennessee Sex Offender Registry is not a "Collateral Consequence" of being Convicted but is in fact an "EX POST FACTO" law that violates the U.S. as well as the TN. Constitution as it clearly inflicts a greater punishment, despite a 1999 ruling in (Cutshall v. Sundquist, 1999, 193 F.3d 466.) The Tennessee Sex Offender Registry inflicts a greater punishment in the following ways, 1) it creates cruel and unusual punishments in the forms of restrictions on where

C. CONTINUED

a sex offender can live, work or recreate; for example, a sex offender cannot knowingly reside or be within (1) One thousand feet of any school, daycare or playground or gain employment anywhere where minors work, or be on any state or federal park land even with their own children.

The Tennessee Sex Offender Registry also violates a sex offenders Life, Liberty and Pursuit of Happiness in that it dictates where a sex offender can work; live, recreate and be happy and secure in his own person without fear of ridicule, retribution, harassment, re-taliation due to public dissementation of the sex offen-ders Offences, residence address, vehicle he drives, drivers license number and the opportunity for such news papers as "JUST BUSTED" as well as many others to post the sex offenders picture in their paper under the heading of "Sex Offenders near You", as well as the fear of any retribution or "Vigilante Justice" as many sex offenders nationwide have been assaulted, killed or their houses been burned down, cars vandalized, etc., as well as the practice of shunning.

The Registry violates and interferes with the right to marry as it limits who you can marry due to
D. CONTINUED

fact that the Registry states "a sex offender cannot reside with a minor that is not his biological child" so if an offender meets a woman that he wants to marry, he can indeed marry her, he just can't live with her due to the fact that she has a minor child that is not his, or in my case, during a separation my wife has a child that is not my biological child. Despite the fact that TN. State Law provides that if a child is born during wedlock it is presumed to be the husbands. Upon my release from prison on 1-31-2017 my parole officer and the Board of Paroles told me that I would be violated if I lived with my wife of (15) fifteen years due to a 2006 law that states "an offender cannot be within (100) one hundred feet of any of his former victims without their permission or which otherwise prescribed by law" despite my and my wife's submission of our marriage certificate and a notorized letter granting permission, we were still made to go in front of a Judge to get "The States" permission for a husband and wife to speak to and reside with each other.

The Registry violates ones Liberty and the Pursuit of Happiness as as it prevents an offender from

E. CONTINUED

being on any school grounds or daycare that his bio-logical child does not attend as well as having to notify the principal of the school and obtain his permission to even be on the school grounds then. Also it prevents the attendence of any sporting event of ones child that is being held at another school, and does the same for any educational or recreational events held at another school, library or park. The Registry prevents me from taking my children to the public library during normal hours due to its restrictions barring me from being at the library when the expectation of children being present is prohibited, also, it prevents me from taking my children to any park to play, attending any family sporting events or reunions that are held at a park or school ball field or gathering hall or visiting any historical sites that are located on State or federal park land.

The Registry also violates Liberty and happiness as it makes it mandatory for me to leave my home in order for my children to have their friends come over to play, for sleep-overs or for a birthday party as well as places that I can eat or eat with my child-ren, such as McDonalds due to their playgrounds, or

F, Continued

places such as Chuck E. Cheese and the like.

The Registry violates my right to seek, obtain and maintain a job as I am an electrician and my job requires me to inhabit job sites that are too close to schools, daycares, playgrounds, etc. For example, while on parole in 2017 I submitted a place of employment to my parole officer and it was denied due to the fact that it was construction and I was unable to provide him with addresses and dates of each job site I would be working at prior to me going there. My job as an "ON CALL" or "troubleshooter" prevents me from being able to notify my parole officer of where I'll be working or if not on parole the registry prevents me from taking certain jobs due to their location, that fact and the requirement that I disclose to all employers that I am a sex offender seriously impugnes on the willingness of any employer or individual to hire me or seek my professional services.

The Registry is also punitive in nature in that it requires me to pay hundreds of dollars each year to the appropriate registering agency under the guise of "Administrative COSTS" in order to be on the registry and if unable to pay, facing the possibility of being arrested
G. Continued

and jailed due to my inability to pay a cost that the State of Tennessee already collects from the federal Government in order for the State to have a registry.

The Registry does violate my Constitutional Rights in that I am unable to feel secure in my person, place or things (4th Amend.) due to the broad and confusing wording of the registry which leaves too many restrictions open to interpretation by vindictive, crooked, or manipulative law enforcement agencies, officials or the general public that can and does lead to arrests just for the sake of an arrest or in an effort to remove a "dreaded" sex offender from society because a sex offender now-a-days has been ostrasized, demoralized, grouped, ~~categorized~~ C.S.W. categorized and campaigned by public officials as a scourge that needs to be locked up or if not they'll come and rape your wife or children. Myself and all sex offenders are placed into a class or group that is used to instill fear into the General public who 9 times out of 10 does not even know all the circumstances of my convictions or that I have been married to my "Victim" for 15 years. When people are placed into groups or classes we have holocausts such as the case of Hitler and the Jews, the 1960's (and before)

H. CONTINUED

Crimes against colored and non whites, the English's acts of shunning or shaming or the extermination of non-Christians as well as creating adversaries by politicians and law makers spewing their propaganda that all sex offenders are dangerous and that they will reoffend so hide your children. Why is this same stereotype not applied to murderers, burglars or drug dealers? The reasons why the Tennessee Sex Offender Registry is unconstitutional can go on and on infinitely and not to forget that any sex offender can <u>never</u> have his voting rights restored, but as it applies to me, I was placed upon this registry retroactively for the rest of my life, it infringes upon my life, liberty and pursuit of happiness, my right to marry, my right to seek, obtain and maintain employment, my right to attend our nations parks that was set aside by our fore-fathers as places to congregate and recreate, and my right as a father to enjoy with his children the same places, events and activities that are afforded to every other American Citizen that works and pays taxes so the Registry also punishes my children for past mistakes that I have made and have already paid my debt to society via incarceration within Tennessee's

I. Continued

prison systems only to have your punishments continued upon you after you're released from prison because the General Assembly deems it necessary to protect the publics welfare. Please note that one of the creators of the Adam Walsh Act was sent to prison for child molestation. The Registry violates my Equal Protection Clause of the U.S. Constitution, my 4TH, 8TH and 14TH Amendment to the U.S. Constitution as well as the EX-POST FACTO and BILL OF Attainder wording of the U.S. and TN. CONSTITUTION.

When I expire my 10 year sentence in 2019 for (4) Violations of the Tennessee Sex Offender Registry, I will have lost 7 years of my life with my children and family, 4 homes and family's land, all my possessions, my reputation in the views of the public, and all of the pain and suffering and mental anguish that I and my family have endured due to violating rules and restrictions of a Sex Offender Registry that I never should have been on to begin with.

J. CONTINUED

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**If you require additional space, attach a separate sheet, or extra sheets, of paper.**

## V.    RELIEF REQUESTED:

List what you want the court to do; list the relief you seek against each defendant:

A.    TO ORDER EACH DEFENDANT TO IMMEDIATELY REMOVE MY NAME, PICTURES, PERSONAL INFORMATION, AND ANY AND ALL RELEVANT INFORMATION, BOTH PUBLIC AND PRIVATE FROM THE TENNESSEE SEX OFFENDER REGISTRY AND TO ISSUE, OR CAUSE TO, DOCUMENTATION UPON TN. DEPT OF CORRECTION, NCIC, LAW ENFORCEMENT OFFICIALS, TBI, FBI, THAT I AM NO LONGER REQUIRED TO REGISTER AS A SEX OFFENDER IN TN. OR THE U.S.A.

B.    TO ORDER EACH DEFENDANT TO IMMEDIATELY REMOVE MY NAME, PICTURES, PERSONAL INFORMATION, AND ANY AND ALL RELEVANT INFORMATION, BOTH PUBLIC AND PRIVATE FROM THE TENNESSEE SEX OFFENDER REGISTRY AND TO ISSUE OR CAUSE TO, DOCUMENTATION UPON TN. DEPT. OF CORRECTION, NCIC, LAW ENFORCEMENT OFFICIALS, TBI, FBI, THAT I AM NO LONGER REQUIRED TO REGISTER AS A SEX OFFENDER IN TN. OR THE U.S.A.

Page  of  11

C. _____

_____

_____

_____

_____

_____

_____

_____

D. _____

_____

_____

_____

_____

_____

_____

E. _____

_____

_____

_____

_____

_____

_____

I (we) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge, and belief.

Signed this the 7 day of January , 20 19 , in the county of Hickman, State of Tennessee.

Christopher Whitesel

Signature:

Prison ID Number: 209189

CHRISTOPHER SHANE WHITTED #209189
T.C.I.X. - 1499 RW MOORE MEMORIAL HWY.
ONLY, TENN. 37140



CLERK, U.S. DISTRICT COURT
U.S. COURTHOUSE, ROOM 800
NASHVILLE, TENN. 37203

